BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 498-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>     v.<br>PIERSHA WOOLRIDGE,<br>YVETTE AUGUST,<br>KIM GRAY,<br>KEITH WOOLRIDGE,<br>         Defendants. | No. 1:12-cr-00031-AWI-DLB<br><br>STIPULATION AND<br>PROTECTIVE ORDER BETWEEN THE<br>UNITED STATES AND NAMED<br>DEFENDANTS |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, driver's license numbers, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or

1

1  dissemination of this information to anyone not a party to the court
2  proceedings in this matter;
3  The parties agree that entry of a stipulated protective order
4  is appropriate.
5  THEREFORE, defendant PIERSHA WOOLRIDGE, YVETTE AUGUST, KIM
6  GRAY, KEITH WOOLRIDGE,, by and through their counsel of record
7  ("Defense Counsel"), and plaintiff the United States of America, by
8  and through its counsel of record, hereby agree and stipulate as
9  follows:
10  1.  This Court may enter protective orders pursuant to Rule
11  16(d) of the Federal Rules of Criminal Procedure, and its general
12  supervisory authority.
13  2.  This Order pertains to all discovery provided to or made
14  available to Defense Counsel as part of discovery in this case
15  (hereafter, collectively known as "the discovery").
16  3.  By signing this Stipulation and Protective Order, Defense
17  Counsel agree not to share any documents that contain Protected
18  Information with anyone other than Defense Counsel and designated
19  defense investigators and support staff.  Defense Counsel
20  may permit each defendant to view unredacted documents in the
21  presence of his attorney, defense investigators, and support staff.
22  The parties agree that Defense Counsel, defense investigators, and
23  support staff shall not allow the defendants to copy Protected
24  Information contained in the discovery.  The parties agree that
25  Defense Counsel, defense investigators, and support staff may
26  provide the defendants with copies of documents from which Protected
27  Information has been redacted.
28  4.  The discovery and information therein may be used only in

connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.   Defense Counsel shall be responsible for advising his respective defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.   In the event that a defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: February 28, 2012        By:    /s/ Gary Huss
                                       GARY HUSS
                                       ATTORNEY FOR DEFENDANT
                                       PIERSHA WOOLRIDGE

DATED: February 23, 2012        By:    /s/ Katherine L. Hart
                                       KATHERINE L. HART
                                       ATTORNEY FOR DEFENDANT
                                       YVETTE AUGUST

DATED: February 23, 2012        By:    /s/ E. Marshall Hodgkins
                                       E. MARSHALL HODGKINS
                                       ATTORNEY FOR DEFENDANT
                                       KIM GRAY

3

```
1  DATED: February 27, 2012         By:    /s/ James R. Homola
                                           JAMES R. HOMOLA
2                                          ATTORNEY FOR DEFENDANT
                                           KEITH WOOLRIDGE
3

4  DATED: February 27, 2012         BENJAMIN B. WAGNER
                                    United States Attorney
5

6                                   By:    /s/ Mark J. McKeon
                                           MARK J. McKEON
7                                          Assistant U.S. Attorney
```

8      IT IS SO ORDERED.

9   **Dated:   February 28, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

4