# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 3 0 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America vs. Piersha Dawn Woolridge | Case No. 12CR00031 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Piersha Dawn Woolridge__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition number 8(s) and replacing it with the following: You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer. **CURFEW:** You are restricted to your residence everyday from 9 pm to 6 am, or as directed by the Pretrial Services Officer.

All other previously ordered conditions of release not in conflict with this change to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/7/12          _____  8-7-12
Signature of Defendant    Date              Pretrial Services Officer    Date
Piersha Dawn Woolridge                       Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                      8/30/12
Signature of Assistant United States Attorney                Date
Mark Joseph McKeon

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                      8/23/12
Signature of Defense Counsel                                 Date
Gary L. Huss

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   August 30, 2012.
☐ The above modification of conditions of release is *not* ordered.

_____                                      Aug 30, 2012
Signature of Judicial Officer                                Date

RECEIVED
AUG 2 4 2012
By_____

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services