# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 20 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **United States of America** vs. Piersha Dawn Woolridge | Case No. 12CR00031 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Piersha Woolridge_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing only the condition that pertains to the location monitoring program and curfew.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/13/12        _____  12-13-12
Signature of Defendant   Date            Pretrial Services Officer  Date
Piersha Woolridge                        Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                   12-14-12
Signature of Assistant United States Attorney   Date
Mark McKeon

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   12/20/-12
Signature of Defense Counsel             Date
Gary Huss

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _December 20, 2012_.
[ ] The above modification of conditions of release is *not* ordered.

_____                   12-20-12
Signature of Judicial Officer            Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services