BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00031-AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING OF PIERSHA WOOLRIDGE; ORDER THEREON |
| v. | |
| PIERSHA WOOLRIDGE, | DATE: November 12, 2013<br>TIME: 10:00 a.m. |
| Defendant. | CTRM: HON. ANTHONY W. ISHII |

The parties, by and through their undersigned counsel, agree that the court may continue the sentencing for defendant PIERSHA WOOLRIDGE from September 23, 2013, until **November 12,**

//
//
//
//
//
//
//
//

Stipulation to Continue Sentencing
of Piersha Woolridge

1

1 | **2013, at 10:00 a.m.**  The reason for this request is that counsel
2 | needs to complete further investigation before the sentencing.
3 | Dated: September 17, 2013                    BENJAMIN B. WAGNER
                                                 United States Attorney

                                        By:    /s/ Mark J. McKeon
                                               MARK J. MCKEON
                                               Assistant U.S. Attorney


Dated: September 17, 2013                       /s/ Gary Huss
                                               GARY HUSS
                                               COUNSEL FOR DEFENDANT


**ORDER**


IT IS SO ORDERED.

Dated:   September 18, 2013            _____
                                       SENIOR DISTRICT JUDGE