```
BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099
```

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00031-AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING OF PIERSHA WOOLRIDGE; ORDER THERON |
| v. | |
| PIERSHA WOOLRIDGE, | DATE: May 12, 2014<br>TIME: 10:00 a.m. |
| Defendant. | CTRM: HON. ANTHONY W. ISHII |

The parties, by and through their undersigned counsel, agree that the court may continue the sentencing for defendant PIERSHA WOOLRIDGE from February 10, 2014, until **May 12, 2014, at 10:00 a.m.** The reason for this request is that counsel

//
//
//
//
//
//
//

Stipulation to Continue Sentencing
of Piersha Woolridge

1

needs to complete further investigation before the sentencing.

Dated: February 6, 2014                         BENJAMIN B. WAGNER
                                                United States Attorney

                                         By:    /s/ Mark J. McKeon
                                                MARK J. MCKEON
                                                Assistant U.S. Attorney

Dated: February 6, 20145                        /s/ Gary Huss
                                                GARY HUSS
                                                COUNSEL FOR DEFENDANT

**ORDER**

IT IS SO ORDERED.

Dated:  February 6, 2014                      _____
                                              SENIOR  DISTRICT  JUDGE

Stipulation to Continue Sentencing
of Piersha Woolridge

2