```
BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00031-AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING OF PIERSHA WOOLRIDGE |
| v. | |
| PIERSHA WOOLRIDGE, | DATE: April 27, 2015<br>TIME: 10:00 a.m. |
| Defendant. | CTRM: HON. ANTHONY W. ISHII |

The parties, by and through their undersigned counsel, agree that the court may continue the sentencing for defendant PIERSHA WOOLRIDGE from January 12, 2015, until **April 27, 2015, at 10:00 a.m.** The reason for this request is that counsel

//
//
//
//
//
//
//

1

needs to complete further investigation before the sentencing.

Dated: January 8, 2015          BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Mark J. McKeon
                                MARK J. MCKEON
                                Assistant U.S. Attorney

Dated: January 8, 2015          /s/ Gary Huss
                                GARY HUSS
                                COUNSEL FOR DEFENDANT

**ORDER**

IT IS SO ORDERED.

Dated:  January 8, 2015         _____
                                SENIOR DISTRICT JUDGE

2