BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00031-AWI-BAM-1 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING OF PIERSHA WOOLRIDGE |
| PIERSHA WOOLRIDGE, | |
| Defendant. | DATE: June 29, 2015<br>TIME: 10:00 a.m.<br>CTRM: HON. ANTHONY W. ISHII |

The parties, by and through their undersigned counsel, agree that the court may continue the sentencing for defendant PIERSHA WOOLRIDGE from April 27, 2015, until **June 29, 2015, at 10:00 a.m.**  The reason for this request is that counsel

//
//
//
//
//
//

Stipulation and Order to Continue
Sentencing of Piersha Woolridge

1

//

needs to complete further investigation before the sentencing.

Dated: April 22, 2015                    BENJAMIN B. WAGNER
                                         United States Attorney


                                   By:   /s/ Mark J. McKeon
                                         MARK J. MCKEON
                                         Assistant U.S. Attorney


Dated: April 22, 2015                    /s/ Gary Huss
                                         GARY HUSS
                                         COUNSEL FOR DEFENDANT


**ORDER**

IT IS SO ORDERED.

Dated:  April 23, 2015          _____
                                 SENIOR DISTRICT JUDGE

Stipulation and Order to Continue
Sentencing of Piersha Woolridge

2