```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   GRANT B. RABENN
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 559-4000
5  Facsimile: (559) 559-4099

6  Attorneys for the
     United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00031-AWI-BAM-1 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING OF PIERSHA WOOLRIDGE |
| v. | |
| PIERSHA WOOLRIDGE, | DATE: June 29, 2015<br>TIME: 10:00 a.m. |
| Defendant. | CTRM: HON. ANTHONY W. ISHII |

The parties, by and through their undersigned counsel, agree that the court may continue the sentencing for defendant PIERSHA WOOLRIDGE from June 29, 2015, until **November 16, 2015, at 10:00 a.m.** The reason for this request is that counsel

//
//
//
//
//
//
//

1

needs to complete further investigation before the sentencing.

Dated: June 25, 2015
BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Mark J. McKeon
MARK J. MCKEON
Assistant U.S. Attorney

Dated: June 25, 2015
/s/ Gary Huss
GARY HUSS
COUNSEL FOR DEFENDANT

**ORDER**

IT IS SO ORDERED.

Dated:  June 25, 2015

SENIOR DISTRICT JUDGE

2