BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00031-AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING OF PIERSHA WOOLRIDGE |
| v. | |
| PIERSHA WOOLRIDGE, | DATE: January 11, 2016<br>TIME: 10:00 a.m. |
| Defendant. | CTRM: HON. ANTHONY W. ISHII |

The parties, by and through their undersigned counsel, agree that the court may continue the sentencing for defendant PIERSHA WOOLRIDGE from November 16, 2015, until **January 11, 2016, at 10:00 a.m.** The reason for this request is that counsel

//
//
//
//
//
//
//

Stipulation to Continue Sentencing
of Piersha Woolridge

1

needs to complete further investigation before the sentencing.

Dated: November 12, 2015      BENJAMIN B. WAGNER
                              United States Attorney


                         By:  /s/ Mark J. McKeon
                              MARK J. MCKEON
                              Assistant U.S. Attorney


Dated: November 12, 2015       /s/ Gary Huss
                              GARY HUSS
                              COUNSEL FOR DEFENDANT


**ORDER**

IT IS SO ORDERED.

Dated:  November 12, 2015      _____
                              SENIOR DISTRICT JUDGE