Lɪsᴀ M. Sᴄɪᴀɴᴅʀᴀ, State Bar No. 246532
Attorney at Law
1271 Washington Ave. #288
San Leandro, CA 94577
Telephone: (415) 343-5472
Fax: (415) 952-9393
Email: sciandra.lisa@gmail.com
CJA Counsel for Defendant Piersha Woolridge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:12-cr-00031-AWI-BAM |
| Plaintiff, | **DEFENDANT'S APPLICATION AND ORDER TO CONTINUE 6/27/16 SURRENDER DATE TO 8/31/16** |
| **v.** | |
| **PIERSHA WOOLRIDGE,** | |
| Defendant. | |

Defendant PIERSHA WOOLRIDGE respectfully requests that this Court vacate her current surrender date of June 27, 2016, to Dublin SCP (as designated by the Bureau of Prisons), and that a new surrender date of **August 31, 2016**, by 2:00 p.m. be ordered, for the following reasons.

Undersigned counsel has been appointed through the Criminal Justice Act (CJA) to represent Defendant PIERSHA WOOLRIDGE on her direct appeal of this matter in the Ninth Circuit Court of Appeals, case number 16-10144. Ms. Woolridge recently contacted counsel to ask if she could postpone her current surrender date for medical and family reasons. First, Ms. Woolridge has a July 5, 2016, medical appointment, which the provider could not schedule any sooner, for a time-sensitive medical procedure that cannot be obtained through the BOP. Second,

1

Ms. Woolridge has some other medical appointments, including a CT scan, for ongoing health concerns, which also could not be scheduled until July 2016. Finally, Ms. Woolridge currently lives with and supports her daughter, who will move into a college dormitory on August 29, 2016 (which is the earliest date the college will allow her daughter to move into the dormitory). Ms. Woolridge has no other housing options for her daughter during the time between her surrender date and the date her daughter's dormitory opens.

For all of these reasons, Ms. Woolridge respectfully requests a 65-day continuance of her surrender date to **August 31, 2016**. It is anticipated by counsel and Ms. Woolridge that no further continuance will be requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 20, 2016, in San Leandro, California.

*/s/ Lisa M. Sciandra*
CJA Counsel for Defendant Piersha Woolridge

## ORDER

Good cause appearing, Defendant's surrender date of June 27, 2016, is continued to August 31, 2016, by 2:00 p.m.

IT IS SO ORDERED.

Dated:   June 23, 2016                                  _____
                                                         SENIOR DISTRICT JUDGE