**FILED**

SEP 14 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PIERSHA WOOLRIDGE, <br><br> Defendant. | No. 1:12-cr-00031-001-AWI <br><br> ORDER EXONERATING CASH BOND |

Defendant PIERSHA WOOLRIDGE was sentenced on March 21, 2016 and surrendered on August 31, 2016. The cash bond of $1500.00 posted by Vicki Valenzuela shall be exonerated.

IT IS HEREBY ORDERED that the cash bond posted for PIERSHA WOOLRIDGE is exonerated and the Clerk of the Court is directed to return the $1500.00 cash (Receipt #CAE100018013) to VICKI VALENZUELA at 1410 Waterlily Lane, Charlotte, NC 28262.

IT IS SO ORDERED.

Dated: 9-13-16          _____
                        SENIOR DISTRICT JUDGE ANTHONY W. ISHII